| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

LARRY D. KUDSK,

    Plaintiffs,

  v.

BARA INFOWARE, INC., et al.,

    Defendants.

Case No. 17-cv-05350-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: March 16, 2018 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: June 29, 2018.

DESIGNATION OF EXPERTS: 7/9/18; REBUTTAL: 7/27/18;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 31, 2018.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 5, 2018;
    Opp. Due: October 19, 2018; Reply Due: October 26, 2018;
    and set for hearing no later than November 9, 2018 at 10:00 AM.

PRETRIAL CONFERENCE DATE: December 18, 2018 at 3:30 PM.

COURT TRIAL DATE: January 7, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 3 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions.

Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 1/9/18

SUSAN ILLSTON
United States District Judge