| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

LARRY D. KUDSK,

    Plaintiffs,

v.

BARA INFOWARE, INC., et al.,

    Defendants.

Case No. 17-cv-05350-SI  (SI)

SECOND
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: N/A at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: February 1, 2019.

DESIGNATION OF EXPERTS: March 1, 2019; REBUTTAL: March 15, 2019;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: May 1, 2019.

DISPOSITIVE MOTIONS **SHALL** be filed by; May 24, 2019;
    Opp. Due: June 7, 2019; Reply Due: June 14, 2019;
    and set for hearing no later than June 28, 2019 at 9:00 AM.

PRETRIAL CONFERENCE DATE: August 6, 2019 at 3:30 PM.

COURT TRIAL DATE: August 19, 2019 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court granted defendant leave to file its counterclaim by 10/12/18. The parties shall complete ENE by 2/20/19.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 10/2/18

_____
SUSAN ILLSTON
United States District Judge